# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA

Jane Doe,

                Plaintiff(s),

vs.                                 Case Number: 12-cv-392-JHP-TLW

Defendant A, et al.,

                Defendant(s).

## MINUTE ORDER

At the direction of T. Lane Wilson, U.S. Magistrate Judge, it is hereby ordered that:

Plaintiff's Motion for Protective Order (Dkt. # 29) is **granted in part and denied in part.** Plaintiff and Defendants A and B will remain anonymous until the earliest of three conditions occurs: (1) plaintiff ceases to be a high school student in the State of Oklahoma; (2) June 1, 2013; or (3) the district court issues a ruling on a dispositive motion (other than the pending motions to dismiss). Defendants A and B stipulate to this order. Defendants C and D reserved their objection and are directed, in the event either files an objection, to attach a copy of the hearing transcript to the objection. Based on the objection of Defendants C and D, the identities of defendant C, the school district, and defendant D, the board of education, will be unsealed effective 9/14/2012. Additionally, if any criminal proceeding is instituted as a result of the allegations contained in the Complaint, the parties shall promptly notify the Court.

                                          Phil Lombardi,
                                          Clerk of Court, United States District Court


                                          S/C. Portilloz
                                          By: C. Portilloz, Deputy Clerk